IN THE COURT OF APPEALS
TWELFTH COURT OF APPEALS

In Re: Donald Adkins
Relator



FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 21 2015

TYLER TEXAS
PAM ESTES. CLERK

Original Proceeding
Case #12-15-00180-CA

## Relator's Notice of Change of Address

Now Comes, Donald Adkins, Relator in "Pro-Se", to respectfully give Notice of his "Change of Address".

1. The Relator was priorly residing at: Hospital Galveston (T.D.C.J.) P.O. Box 48 SUBSTA #1, Galveston, Texas 77550

2. The Relator is now residing at: Ramsey #1 (T.D.C.J.) 1100 FM 655, Rosharon, Texas 77583

The Relator request that this Notice be recorded by the Court and provides, he is providing Service to the Respondent(s).

Respectfully Submitted;

Donald Adkins

On this 16th day of September year of 2015,

Donald Adkins

Donald Adkins

Donald Adkins (TDCJ #1792685)
Relator "IN-Pro Se",
Ramsey #1
1100 FM 655
Rosharon, Texas 77583

<u>Certificate of Service</u>

Re: 12-15-00180-CR

I Donald Adkins, Relator in "Pro-se", do hereby Certify that a true copy of the Relator's "Change of Address" was Sent by way of U.S. Mail - via (T.D.C.J) Mail Room to:

1. Charles R. Mitchell
   273rd Dist. Court, Sabine County
   200 San Augustine Street
   Center, Texas 75935

Mailed this <u>16th</u> day of September, 2015

Respectfully Submitted;
<u>Donald Adkins</u>
Donald Adkins # 1792685
Relator "In Pro-se".
Ramsey # 1 (T.D.C.J)
1100 FM 655
Rosharon, Texas 77583